UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-389 (JDB)** |
| | : | |
| **JOSEPH W. GAITHER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

WHEREUPON, having considered Government's Motion to Seal The Criminal Information and Other Pleadings, Records, Proceedings and Files, and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and all Related Matters, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED. The Court further authorizes the limited disclosure set forth in the Government's Motion to the Office of the State's Attorney for Prince George's County, Maryland.

Date:_____          _____
                                John D. Bates
                                United States District Judge

cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Dani Jahn
Federal Public Defender's Office
625 Indiana Avenue, NW
Washington, D.C. 20004