UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: **05-389 (JDB)** |
| | : | |
| v. | : | Violations: 18 U.S.C. § 922 (g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **JOSEPH W. GAITHER,** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| Defendant. | : | Exceeding One Year) |
| | : | |
| | : | 22 D.C. Code§ 407 (2001 ed.) |
| | : | (Misdemeanor Threats) |
| | : | |

## SUPERCEDING INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about October 4, 2005, within the District of Columbia, **JOSEPH W. GAITHER**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Criminal Court Case No. F 8525-89, did unlawfully and knowingly receive and possess a firearm, that is, a Lorcin .380 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

   (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922 (g)(1))

**COUNT TWO**

On or about September 7, 2005, within the District of Columbia, **JOSEPH W. GAITHER**, made threats to do bodily harm to Bassemah Johnson, in violation of 22 D.C. Code Section 407.

(**Misdemeanor Threats**, in violation of 22 D.C. Code, Section 407)

    KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
Bar No. 451-058

By: _____
Denise M. Clark
D.C. Bar #479149
Assistant United States Attorney
Federal Major Crimes Section
United states Attorney's Office
555 4th Street, Northwest
Washington, D.C. 20530
(202) 353-8213