UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal Case No. 05-389 |
| ) | |
| JOSEPH GAITHER ) | |

**FILED**

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **JOSEPH GAITHER**, the above-name defendant, who is accused of

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime
Punishable by Imprisonment for a Term Exceeding One Year, 18 USC 922(g)(1)
and
Misdemeanor Threats, 22 DCC 407 (2001 ed.)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **February 10, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: 2/10/06
Judge John D. Bates