SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 05-389 (JDB) |
| JOSEPH GAITHER, | : | |
| Defendant. | : | |

**FILED FEB 1 0 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

### GOVERNMENT'S SUBMISSION TO THE COURT
### IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Joseph Gaither, hereby submit the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSES

  A.  Elements of Unlawful Possession

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. Section 922(g)(1) are as follows:

  1.  The defendant knowingly possessed a firearm, that is a Lorcin .380 caliber semi-automatic pistol, and ammunition, that is, .380 caliber ammunition;

  2.  The firearm and ammunition had been shipped or transported from one state to another;

  3.  At the time the defendant possessed the handgun and ammunition, the defendant had been convicted of a felony, that is, Distribution of Cocaine, an offense punishable by imprisonment for a term exceeding one year.

B.  Elements of Misdemeanor Threats

The essential elements of the offense of Misdemeanor Threats, 22 D.C. Code, Sections 407, which the Government must prove beyond a reasonable doubt, are:

1. That Defendant uttered words that were heard by another person;

2. That the words used by the defendant were of such a nature as to convey to the ordinary hearer a menace or fear of serious bodily injury; and

3. That Defendant intended to utter the words as a threat.

## II. COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

## III. PENALTIES

Pursuant to 18 U.S.C. § 922 (g)(1) and § 924, the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year carries the following penalties:

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000; and
3. a term of supervised release of not more than three years.

Pursuant to 22 D.C. Code, Section 407, the charge of Misdemeanor Threats carries the following penalties:

1. a term of imprisonment of not more than 6 months;
2. a fine of not more than $500;
3. a term of probation of not more than 5 years; and
4. an assessment of between $50 and $250 to the Crime Victims Compensation Fund.

IV.     FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on or about September 7, 2005 at approximately 1:00 p.m., Joseph Gaither approached Bassemah Johnson, the mother of his two children, as she was leaving her home, located at                                              , D.C. Mr. Gaither lifted his shirt, revealing what appeared to be a revolver, and said to her, "I am going to fuck you up." Ms. Johnson reported the incident to the police, who later obtained a warrant for Mr. Gaither's arrest.

On October 4, 2005 at approximately 5:30 p.m., Metropolitan Police Department officers located Mr. Gaither at                               Washington, D.C. and arrested him pursuant to the warrant. Once Mr. Gaither was in handcuffs, one of the officers asked him if he had any weapons in his possession. Defendant stated that he had a gun in his pants. The officer reached into Mr. Gaither's pants and recovered a Lorcin .380 caliber handgun, which was loaded with seven rounds of ammunition and had one round of ammunition in the chamber. Defendant was later advised of his <u>Miranda</u> rights, and executed a written waiver of those rights. Once the defendant waived his <u>Miranda</u> rights, he admitted that the gun and ammunition were his.

On May 31, 1990, defendant had been previously convicted of a felony in the District of Columbia, in Superior Court criminal case number F 8525-89. The gun and the ammunition that were recovered in this case were not manufactured in the District of Columbia, and they were shipped to the District of Columbia through interstate commerce.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    DENISE M. CLARK
    Assistant United States Attorney
    D.C. Bar No. 479149
    Federal Major Crimes Section
    555 Fourth Street, N.W., Room 4840
    Washington, D.C. 20530
    202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 2/10/06

_____
JOSEPH GAITHER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 2/10/06

_____
DANI JAHN, ESQUIRE
Attorney for Defendant