UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-389(JDB) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| JOSEPH GAITHER | : | |
| | : | |
| Defendant | | |

**FILED**
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is the Certificate of Service relating to the Notice of Substitution that was submitted on November 8, 2006.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Precious Murchison
Assistant United States Attorney
Bar No.
555 4th Street, N.W. #4840
Washington, DC 20001
(202) 307-6080

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Esquire, this 15th day of November 2006.

_____
Precious Murchison
Assistant United States Attorney