UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 05-389 (JDB)** |
| | : | **(Under Seal)** |
| **JOSEPH GAITHER,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO UNSEAL PLEA AGREEMENT
AND PLEA TRANSCRIPT FOR LIMITED PURPOSE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the file in the above-captioned matter for the limited purpose of providing the United States with two (2) certified copies of Defendant Joseph Gaither's plea agreement, plea hearing transcript, judgment and commitment order and the government's factual proffer for limited use by the United States in further proceedings in an unrelated prosecution. The undersigned has advised counsel for the Defendant, Assistant Federal Public Defender Dani Jahn, Esquire, of the filing of this motion. Counsel for the Defendant indicated that she would neither consent to nor oppose this motion. As grounds for this motion, the government states as follows:

1. On February 10, 2006, Defendant Joseph Gaither pled guilty to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C., Section 922(g)(1), and Misdemeanor Threats, in violation of 22 D.C. Code, Section 407. The government presented to the Court the original plea agreement, which was signed by the Defendant, and the government's factual proffer.

2

2. The Court accepted the Defendant's plea of guilty and thereafter, at the parties's request, the Court sealed the record of the proceedings including the transcript, the Defendant's plea agreement and the government's factual proffer.

3. Thereafter, the Defendant provided assistance to the government in at least one investigation. As such, the government plans to call the Defendant as a witness in a case that is scheduled for trial in Superior Court on December 11, 2006: <u>United States v. Andrew Hines</u>, Criminal Case No. F-7060-05. Pursuant to the government's <u>Brady</u> and <u>Giglio</u> obligations, the government will be required to present at trial copies of the Defendant's plea agreement, plea hearing transcript, judgment and commitment order and the government's factual proffer. However, the government has been unable to obtain the transcript and is unable to disclose the plea agreement because this matter is sealed.

3

**WHEREFORE**, the government respectfully requests that the Court unseal the above-captioned matter for the limited purpose of providing the United States with two (2) certified copies of the Defendant's plea agreement, plea hearing transcript, judgment and commitment order and the government's factual proffer and that the Court direct the Clerk of the Court to reseal the file pending further Order of this Court.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

By: _____
     PRECIOUS MURCHISON
     Assistant United States Attorney
     M.D. Bar
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 307-6080

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's Motion for Limited Unsealing has been mailed, postage prepaid, to counsel for Joseph Gaither, Dani Jahn, Esquire, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004, this _____ day of November 2006.

_____
PRECIOUS MURCHISON
Assistant United States Attorney
M.D. Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080