UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JOSEPH GAITHER,

Defendant.

Criminal Action No. 05-389 (JDB)

(Under Seal)

### ORDER

Upon consideration of the Government's Motion to Unseal the Plea Agreement and Plea Transcript for Limited Purpose, the Defendant's opposition thereto, if any, and the entire record herein, it is this 30th day of November, 2006, hereby

**ORDERED** that the Government's Motion is **GRANTED** and that the matter is unsealed for the limited purpose of providing the United States with two certified copies of the Defendant's plea agreement, plea hearing transcript, judgment and commitment order and the government's factual proffer; and it is

**FURTHER ORDERED** that the Clerk of the Court then reseal the file pending further Order of this Court.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

cc:

Precious Murchison
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004

Dani Jahn
Office of the Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004