**HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-05-389-01</u> | **FILED** |
| vs. | : | APR 1 7 2007 |
| GAITHER, Joseph | : Disclosure Date: <u>March 13, 2007</u> | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                        _____
Prosecuting Attorney                                                                                   Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_/s/ Joseph Gaither_  3-21-07                                       _/s/ Tony Jahn_  3/21/07
Defendant                 Date                                            Defense Counsel         Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 27, 2007</u>, to U.S. Probation Officer <u>Monica Johnson</u>, telephone number<u> (202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
        United States Probation Officer